**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**INTERNATIONAL CAPTIVE**

      **Plaintiff,**

      **v.**                            **Case Number 2:26-cv-548**
                                      **Judge Edmund A. Sargus, Jr.**

**5RIVERS INSURANCE**            **Magistrate Judge Kimberly A. Jolson**
**COMPANY, INC.,**

      **Defendant.**

## ORDER

This matter came before the Court for a mediation. (ECF Nos. 14, 15.) The Parties reached a settlement and have agreed to the material terms of a settlement agreement. The Court **INSTRUCTS** the Parties to file a dismissal entry that complies with Federal Rule of Civil Procedure 41 **within 30 days** of the date of this Order. In addition, the Court **DENIES AS MOOT** (ECF No. 5) Plaintiff International Captive Exchange, LLC's Motion for Temporary Restraining Order.

This case remains open.

**IT IS SO ORDERED.**

**5/20/2026**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**